**Order entered July 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01581-CV

**LARRY DEROME ADLEY, Appellant**

**V.**

**KEVIN WAYNE PRIVETT, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00299-2010**

## ORDER

The Court has before it appellee's July 12, 2013 second motion to extend time to file appellee's response brief under TEX. R. APP. P. 10.5(b). The Court **GRANTS** the motion and **ORDERS** appellee to file his brief by August 5, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE